UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )    2:99-CR-193-JBR-RLH |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DELVECCHIO NORMENT | ) |
| | ) |
| Defendant. | ) |

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#59), sentencing having been imposed on June 2, 2000. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| WELLS FARGO BANK | 12,523.00 |
| NEVADA STATE BANK | 12,423.17 |
| UNKNOWN VICTIMS | 12,874.81 |
| DISCOVER CARD | 2,831.97 |
| BANK OF AMERICA | 60,362.39 |
| AMERICAN EXPRESS | 9,218.66 |

| FDIC RESTITUTION PAYMENTS (f.k.a. First Bank of Beverly Hills) | 39,385.01 |
| BRIDGEVIEW BANK | 5,191.48 |
| CARD SERVICES INTERNATIONAL | 11,020.70 |

**Total Amount of Restitution ordered: $140,433.38****

**Restitution amounts listed above are combined with case 2:01-CR-348-PMP-RJJ, where the restitution ordered was $25,397.81 for a total amount of $165,831.19

Dated this _21_ day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

2